IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JACQUETTA L. CLAYTON, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | |
| VS. | ) | 3:25-CV-0269-G-BT |
| | ) | |
| AMAZON.COM SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Objections were filed. The court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, the defendant's motion to dismiss (docket entry 24) is **GRANTED**, and plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**. Further, the plaintiff's motion for leave to amend (docket entry 27) is **DENIED**.

**SO ORDERED**.

August 25, 2026.

A. Joe Fish

**A. JOE FISH**
**Senior United States District Judge**